UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:25-cv-21516-MOORE

HERIBERTA GARAY MORALES,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND
SECURITY SECRETARY, et al.,

    Defendants.
_____/

## STATUS REPORT

Defendants by and through their respective counsel, respectfully file this Status Report:

1. On April 2, 2025, Plaintiff filed a Complaint to compel USCIS to take action on an I-485, Application for Permanent Residence filed on January 3, 2022 ("I-485 Application"). *See* D.E. 1.

2. On June 2, 2025, the Court stayed proceedings and ordered Status Reports to be filed every 90 days. *See* D.E. 6.

3. On August 28, 2025, USCIS approved Plaintiff's I-485 Application.

4. Upon receiving a copy of the approval notice for Plaintiff's I-485 Application on September 2, 2025, a copy was promptly forwarded to Plaintiff's counsel, seeking voluntary dismissal of the action, given that the action is now moot.

Dated: September 2, 2025        Respectfully submitted,

                                      **JASON A. REDING QUIÑONES**
                                      **UNITED STATES ATTORNEY**

                                      **By:**   *Clarissa Pinheiro*

CLARISSA PINHEIRO
Assistant United States Attorney
Florida Bar No. 0056784
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel.: 305.961.9310
Email: Clarissa.Pinheiro@usdoj.gov

*Attorney for the Defendants*

2